UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OMAR KHAN, et al. | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01178 |
| | § | |
| CINEMEX USA REAL ESTATE | § | Hon. Andrew Hanen |
| HOLDINGS, INC., et al. | § | |

### **<u>DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order Setting Conference [Dkt. 4], Defendants Cinemex USA Real Estate Holdings, Inc. and Cinemex Holdings USA, Inc. submit this corporate disclosure statement and certify the following:

1. **For a nongovernmental corporate party, the name(s) of any parent corporation and any publicly held corporation that owns 10% or more of its stock:**

Cinemex USA Real Estate Holdings, Inc. is a wholly owned subsidiary of Cinemex Holdings USA, Inc., which is jointly owned by Grupo Cinemex, S.A. de C.V. and Operadora de Cinemas S.A. de C.V., both Mexican corporations. No publicly held corporation owns 10 percent or more of Grupo Cinemex, S.A. de C.V or Operadora de Cinemas S.A. de C.V.

2. **A list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations as well as all known attorneys of record:**

Plaintiff Omar Khan, a resident of the State of Texas;

Plaintiff S.C.G.C. Inc., a Texas corporation;

Plaintiff S.C.G.M. INC., a Texas corporation;

Plaintiff SCG-B INC., a Texas corporation;

Plaintiff SCG-VP INC., a Texas corporation;

Plaintiff District Theaters Inc., a Texas corporation;

-2-

Plaintiff SCG-WR LLC., a Texas limited liability company;

Plaintiff SCG-CS INC., a Texas corporation;

Plaintiff SCGK INC., a Texas corporation;

Plaintiff SCG-SW INC., a Texas corporation;

Plaintiff SCGWL Inc., a Texas corporation;

Plaintiff SCG-N INC., a Texas corporation;

Counsel for Plaintiffs: Jeff M. Golub, BECK REDDEN LLP; Nick Gorga, Mohamed Awan, and Blar Mgbada, HONIGMAN LLP;

PJ Solomon, a New York investment bank;

Defendant Cinemex USA Real Estate Holdings, Inc., a Delaware corporation;

Defendant Cinemex Holdings USA, Inc., a Delaware corporation;

Grupo Cinemex, S.A. de C.V., a Mexican corporation;

Operadora de Cinemas S.A. de C.V., a Mexican corporation; and

Counsel for Defendants: Christopher H. Domingo and Peter D. Laun, JONES DAY.

| | |
|---|---|
| Dated:  April 17, 2020 | */s/ Peter D. Laun*<br>Peter D. Laun (attorney-in-charge)<br>Texas State Bar No. 24108952<br>Fed. ID No. 618315<br>2727 North Harwood St., Suite 600<br>Dallas, TX  75201-1515<br>Telephone:  (214) 220-3939<br>Facsimile:  (214) 969-5100<br>Email:  pdlaun@jonesday.com<br><br>Christopher H. Domingo<br>Texas State Bar No. 24069621<br>Fed. ID No. 1054774<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX  77002-2712<br>Telephone:  (832) 239-3939<br>Facsimile:  (832) 239-3600<br>Email:  chdomingo@jonesday.com<br><br>ATTORNEYS FOR DEFENDANTS CINEMEX USA REAL ESTATE HOLDINGS, INC. AND CINEMEX HOLDINGS USA, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April 2020, pursuant to the Federal Rules, the foregoing was served through the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record.

*/s/ Christopher H. Domingo*
Christopher H. Domingo

MCI-920206309v1

-3-